UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Brandon Brantley
                Plaintiff,

v.                                        Case No.: 1:18−cv−04488
                                                         Honorable Rebecca R. Pallmeyer

EGS Financial Care, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 28, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Parties' planning report entered. Rule 26(a)(1) disclosures to be made by 10/17/2018. Fact discovery to be completed by 3/862019. At this time, the parties are not certain that they will require expert witnesses. If the parties subsequently believe expert discovery is necessary, the parties will notify the court promptly. Dispositive motions to be filed by 4/27/2019. Plaintiff to prepare proposed pretrial draft order by 8/2/2019; Joint Final Pretrial Order due by 8/30/2019. Status hearing set for 12/6/2018 at 9:00 AM. Rule 16 conference set for 10/2/2018 is stricken. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.