# UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Brandon Brantley

                                         Plaintiff,

v.                                                                          Case No.: 1:18−cv−04488
                                                                         Honorable Rebecca R. Pallmeyer

EGS Financial Care, Inc., et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 28, 2018:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Minute entry #23 is amended as follows: Fact discovery to be completed by 3/9/2019. Remainder of order to stand. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.