**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Brandon Brantley

                          Plaintiff,

v.                                                       Case No.: 1:18–cv–04488
                                                             Honorable Rebecca R. Pallmeyer

EGS Financial Care, Inc., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 13, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 2/13/2019. Discovery close date extended to and including 4/19/2019. Date to file dispositive motions extended to 5/16/2019. Status hearing set for 4/18/2019 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.