**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Brandon Brantley,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  18 C 4488 |
| | ) | |
| **EGS Financial Care, Inc., et al,** | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pursuant to Agreed Stipulation, Defendant GC Services, L.P. is dismissed with prejudice.   Case remains pending as against remaining Defendants.

ENTER:

Dated: April 18, 2019

_____
REBECCA R. PALLMEYER
United States District Judge